No. 09–11266. BATTLE v. HOLLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11267. CRUZ-BETANCOURT v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11269. WILSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11270. MCKINNEY v. OHIO. Ct. App. Ohio, Defiance County. Certiorari denied.

No. 09–11272. HARFORD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11273. GREY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11274. HERNANDEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11276. GUERRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11279. ISLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11280. GONZALEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–11281. HAWKINS v. SOCIAL SECURITY ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 09–11282. GORDON v. STATE BAR OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11283. RUDISILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11286. CLAUSELL v. SHERRER, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.